**United States District Court**
**Central District of California**

JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Scottsdale Insurance Company,
    Plaintiff,

v.

CNC Technologies LLC et al.,
    Defendant.

2:17-cv-03190 VAP (Ex)

**Judgment in Favor of Plaintiff Scottsdale Insurance Company**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's November 21, 2018 Order Granting Plaintiff Scottsdale Insurance Company's Motion for Summary Judgment (Doc. No. 132), IT IS ORDERED AND ADJUDGED that Plaintiff's claim for declaratory relief and reimbursement is GRANTED, and that Defendants' counterclaim for bad faith is DISMISSED WITH PREJUDICE.

The Court accordingly enters judgment in favor of Plaintiff in the amount of $600,000, plus prejudgment according to law.

**IT IS SO ORDERED.**

Dated:   11/27/18

_____
Virginia A. Phillips
Chief United States District Judge

1