**United States District Court**
**Central District of California**

Scottsdale Insurance Company,
                 Plaintiff,

v.

CNC Technologies LLC et al.,
                 Defendant.

2:17-cv-03190 VAP (Ex)

**Amended Judgment in Favor of Plaintiff Scottsdale Insurance Company**

FILED
CLERK, U.S. DISTRICT COURT
FEB 1, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's January 28, 2019 Order Granting Plaintiff Scottsdale Insurance Company's Motion to Amend the Judgment (Doc. No. 164), IT IS ORDERED AND ADJUDGED that, pursuant to Plaintiff's successful claim for declaratory relief and reimbursement, and Defendants' DISMISSED counterclaim for bad faith, the Court enters judgment in favor of Plaintiff in the amount of $600,000, plus prejudgment interest, post-judgment interest, and costs according to law.

**IT IS SO ORDERED.**

Dated: 2/1/19

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge